UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RONALD K. MILLER, | Civil No. 2:21-CV-01396-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

- Reevaluate the claimant's symptoms, including migraine symptoms
- Reevaluate the claimant's residual functional capacity
- Reevaluate the claimant's severe impairments at step two and the medical opinion evidence, as needed;

Page 1     ORDER - [2:21-CV-01396-MAT]

- If the evaluation proceeds to step five, obtain vocational expert testimony to assist in determining whether there are jobs in significant numbers of the national economy the claimant can perform;
- Offer the claimant an opportunity for a new hearing and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 15th day of February, 2022.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2139
Fax: (206) 615-2531
katherine.watson@ssa.gov